FILED
CLERK, U.S. DISTRICT COURT
JUL 2 3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY  DEPUTY

Priority ✓
Send
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN EZELL, <br><br> Plaintiff, <br><br> v. <br><br> FRANKLIN COUNTY CHILDREN SERVICES, <br><br> Defendant. | No. CV 08-02258-GAF (VBK) <br><br> ORDER (1) ACCEPTING AND ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE, AND (2) DISMISSING THE COMPLAINT |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Complaint and all other papers along with the attached Report and Recommendation of the United States Magistrate Judge, and has made a *de novo* determination of the Report and Recommendation.

**IT IS THEREFORE ORDERED** that a Judgment be entered (1) approving and adopting the Report and Recommendation, and (2) directing that Judgment be entered dismissing the Complaint, and the action, without prejudice.

DATED: 7/22/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE