FILED
JUL 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY_____ DEPUTY

Priority
Send
Enter
Closed ✓
JS-5/JS-6
JS-2/JS-3 ✓
Scan Only___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN EZELL, | No. CV 08-02258-GAF (VBK) |
| Plaintiff, | JUDGMENT |
| v. | |
| FRANKLIN COUNTY CHILDREN SERVICES, | |
| Defendant. | |

Pursuant to the Order of the Court approving the recommendations of the United States Magistrate Judge, and adopting the same as the facts and conclusions of law herein,

**IT IS ADJUDGED** that Judgment be entered dismissing the Complaint and entire action without prejudice.

DATED: 7/22/08

GARY A. FEESS
UNITED STATES DISTRICT JUDGE